# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**JOSHUA CLARY,**

        Petitioner,

        v.         CASE NO. 18-3140-SAC

**SAM CLINE,**

        Respondent.

## MEMORANDUM AND ORDER

This matter is before the Court on respondent's motion for an extension of time in which to file the Answer and Return in this habeas corpus action. For good cause shown, the Court grants the extension sought.

IT IS, THEREFORE, BY THE COURT ORDERED respondent's motion (Doc. 6) is granted and the time is extended to and including December 23, 2019.

**IT IS SO ORDERED.**

DATED: This 22nd day of October, 2019, at Topeka, Kansas.

        S/ Sam A. Crow
        SAM A. CROW
        U.S. Senior District Judge